IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------- :
  UNITED STATES OF AMERICA,         : CASE NO.  5:09 CR 0452
                                    :
                        Plaintiff   :
                                    :
              -vs-                  : ORDER ADOPTING REPORT AND
                                    : RECOMMENDATION AND SETTING
  GEORGE HATTEN                     : SENTENCING DATE
                                    :
                        Defendant   :
------------------------------------------------- :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

     This matter was referred to United States Magistrate Judge Nancy A. Vecchiarelli for a supervised release violation hearing for the purpose of returning a Report and Recommendation (R&R), pursuant to 28 U.S.C. § 636(b)(1)(B).  Following a hearing in which Mr. Hatten was represented by counsel, Magistrate Judge Vecchiarelli returned a recommendation that the defendant knowingly and voluntarily admitted the supervised release violation presented in the violations report. (Doc. 19).

     Neither party objected to Magistrate Judge Vecchiarelli's R&R.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources.  Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and

Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

Accordingly, this Court shall, hereby, adopt the Report and Recommendation finding Mr. Hatten has violated the terms of his supervised release and detaining the Defendant in custody pending sentencing before this Court.

Mr. Hatten shall appear before this Court for sentencing on Tuesday, 17 May 2011 at 10:30.

IT IS SO ORDERED.

       /s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Date: 10 May 2011